**James Everette TREECE, Jr.,
Petitioner–Appellant,**

v.

**NORTH CAROLINA ATTORNEY GENERAL; North Carolina Department Of Corrections; Superintendent of Brown Creek Correctional Facility, Respondents–Appellees.**

No. 00–6945.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2000.

Decided Jan. 5, 2001.

Henry Turner Drake, Drake & Pleasant, Marshville, NC, for appellant. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

James Everette Treece, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Treece v. Attorney General,* No. CA–99–491 (M.D.N.C. June 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*